AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LOUIS PESTANA | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No.  1:00 CR 01108-001 (JFK)<br>USM No.  45010-054<br><br>_Jesse Siegel, Esq._<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __1__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | From on or about February 27, 2007, through at least in or about March 28, 2008, the defendant and others, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States. | 3/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)  _2,3_  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2097

Defendant's Year of Birth:  1/11/73

City and State of Defendant's Residence:
Detained

July 17, 2009
Date of Imposition of Judgment

_/s/ John F. Keenan_
Signature of Judge

HON. JOHN F. KEENAN, USDJ
Name and Title of Judge

7/17/09
Date

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-09
```

AO 245D    (Rev 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: LOUIS PESTANA
CASE NUMBER: 1:00 CR01108-001 (JFK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: __12 months__ .

The above-term is to run consecutively with the sentence imposed in #08 CR 00581-003 (JFK).

X   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends incarceration in the northeast United States.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL